FOONT-FREEDENFELD CORPORATION, PLAINTIFF-APPEL-
LANT, v. ELECTRO-PROTECTIVE CORPORATION, DE-
FENDANT-RESPONDENT.

Argued December 19, 1973—Decided January 22, 1974.

*Mr. Theodore W. Geiser* argued the cause for appellant
(*Messrs. Hughes, McElroy, Connell, Foley & Geiser,* attor-
neys).

*Mr. Sidney Krieger* argued the cause for respondent.

PER CURIAM. On this appeal, plaintiff has expressly dis-
claimed any contention that the limitations of liability clause
in question is arbitrary and unconscionable and should be
declared unenforceable as against public policy. Rather, the
argument is made that the clause (1) is invalid since it is un-
related to actual damages and therefore is in the nature of
a penalty provision; and, (2) in any event, was intended to
apply only to a situation where defendant breached its an-
nual service undertaking (as distinguished from design and
installation of the system) and plaintiff found it necessary
to obtain the service elsewhere at a higher cost.

Also, in addition to defendant's allegedly admitted li-
ability for breach of contract, plaintiff asserts a claim based
on defendant's "innocent misrepresentation of material fact,"
on which plaintiff asserts it relied, with resultant damage
proximately related to such misrepresentation.

We have considered all of plaintiff's contentions. The
judgment of the Appellate Division is affirmed for substan-
tially the reasons expressed in its *per curiam* opinion re-
ported at 126 *N. J. Super.* 254 (1973).

Affirmed.

*For affirmance*—Justices JACOBS, HALL, SULLIVAN, PASH-MAN and CLIFFORD, and Judge COLLESTER—6.

*For reversal*—None.